UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rashid Fehmi Ibrahim,  
        Petitioner,

v.

Warden M. Rios,  
        Respondent.

Case No. 19-cv-896-MJD-KMM

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated August 27, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that the Petition for a Writ of Habeas Corpus **[Doc. No. 1]** is **DENIED AS MOOT** and this action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 2, 2019

                                      s/ Michael J. Davis  
                                      Michael J. Davis  
                                      United States District Court